No. 84–1206.   FOOLADI *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 84–1215.   HENDRICKS *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 84–1241.   KNOBELOCH *v.* UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 84–5344.   LEWIS *v.* UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 84–5594.   BRANTLEY *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 84–5679.   ANTONELLI *v.* LUTHER, WARDEN.   C. A. 7th Cir.   Certiorari denied.

No. 84–5681.   CHASE *v.* KING, SECRETARY, LOUISIANA DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 84–5700.   ZOGAIB *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 84–5728.   CLARK *v.* UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 84–5731.   SAYLOR *v.* KENTUCKY.   Sup. Ct. Ky.   Certiorari denied.

No. 84–5822.   LEWIS *v.* ILLINOIS.   Sup. Ct. Ill.   Certiorari denied.

No. 84–5868.   WELCH *v.* UNITED STATES.   C. A. 10th Cir. Certiorari denied.

No. 84–5869.   WILSON *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 84–5898.   JOHNSON *v.* ILLINOIS.   App. Ct. Ill., 4th Dist. Certiorari denied.

No. 84–5911.   JANSSEN *v.* ILLINOIS.   App. Ct. Ill., 1st Dist. Certiorari denied.